**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-1314**

─────────────

CHARLES RAYMOND DIETZ, SR.,

                    Plaintiff - Appellant,

         versus

UNITED STATES OF AMERICA,

                    Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge.  (CA-
00-3440-S)

─────────────

Submitted:  June 21, 2001          Decided:  June 28, 2001

─────────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Charles Raymond Dietz, Sr., Appellant Pro Se.  Ann Belanger Durney,
Tamara Wenda Ashford, UNITED STATES DEPARTMENT OF JUSTICE, Washing-
ton, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles R. Dietz, Sr., appeals the district court's order granting summary judgment for the Government in this action under the Freedom of Information Act, 5 U.S.C.A. § 552 (West 1996 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dietz v. United States, No. CA-00-3440-S (D. Md. Feb. 15, 2001). We deny Dietz's motion for a declaratory judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED